City of Chicago, appellee, v. William Anderson, appellant.  Gen. No. 24,820.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling.  Defendant found guilty.  Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding.  Heard in this court at the October term, 1918.  Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant.  Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. Thomas Williams, appellant.  Gen. No. 24,821.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling.  Defendant found guilty.  Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding.  Heard in this court at the October term, 1918.  Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant.  Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. Edward Jackson, appellant.  Gen. No. 24,822.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling.  Defendant found guilty.  Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding.  Heard in this court at the October term, 1918.  Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant.  Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. David Jones, appellant.  Gen. No. 24,823.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling.  Defendant found guilty.  Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding.  Heard in this court at the October term, 1918.  Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant.  Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

I. Lurya Lumber Company, appellant, v. David Preis and H. M. Roson, appellees.  Gen. No. 24,851.

Suit by a subcontractor under section 28 of the Mechanics' Liens Law.  Judgment for plaintiff for $200.  Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding.  Heard in this court at the October term, 1918.  Reversed and judgment here. Opinion filed March 10, 1919.  Rehearing denied March 24, 1919.

Hyman Soboroff, for appellant.  James F. Hutchison, for appellees.

Mr. Justice McSurely delivered the opinion of the court.